**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CHARLES LITTLE also known as Clifton Little,**
**also known as Clifton X,**

                                 **Plaintiff,**

                                                                                               **9:19-CV-0263**

    v.

**TREVAR A. SOULIA,** *et al.***,**

                                 **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

**DECISION and ORDER**

**I.     INTRODUCTION**

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Thérèse W. Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  In her June 16, 2021 Report-Recommendation and Order, Judge Dancks recommends that Defendants' motion for summary judgment (Dkt. No. 66) be granted in part with respect to the following claims: (1) Plaintiff's Eighth Amendment deliberate medical indifference claims against Bleau; (2) Plaintiff's First Amendment free exercise claim against Deyo; and (3) Plaintiff's equal protection claims, and that the motion be denied in all further respects.  *See* Rep.-Rec. & Ord, Dkt. No. 80, at 42-43.  No objections to the recommendations have been filed, and the time to do so has expired.

1

**II.   DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.   CONCLUSION**

Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report-Recommendation and Order (Dkt. No. 80) for the reasons stated therein. Therefore, it is hereby

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 66) is **GRANTED in part and DENIED in part**.  The motion is granted in that the following claims are **DISMISSED**: (1) Plaintiff's Eighth Amendment deliberate medical indifference claims against Bleau; (2) Plaintiff's First Amendment free exercise claim against Deyo; and (3) Plaintiff's equal protection claims.   The motion is **DENIED** in all further respects.

The Clerk may terminate Defendant Bleau from this action.

**IT IS SO ORDERED.**

Dated:   October 2, 2021

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge