# THOMAS, DROHAN, WAXMAN, PETIGROW & MAYLE, LLP

ATTORNEYS AND COUNSELLORS AT LAW
2517 ROUTE 52
HOPEWELL JUNCTION, NEW YORK 12533

JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*
NEELANJAN CHOUDHURY
DAVID H. STRONG**
MELISSA N. KNAPP**
STEVEN L. BANKS
ALLISON E. SMITH

PAMELA D. BASS**
CONOR C. HORAN
NICHOLAS A. SMARRA**
GREGORY R. PICCIANO
CASSIDY E. ALLISON

*ADMITTED IN NEW YORK AND NEW JERSEY
**ADMITTED IN NEW YORK AND CONNECTICUT

*OF COUNSEL*
D'ANDREA & GOLDSTEIN
JOAN M. GILBRIDE

Telephone: (845) 592-7000
Fax: (845) 592-7020

www.tdwpm.com

June 8, 2022

**BY ECF**

Honorable Thomas J. McAvoy
United States District Judge
United States Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    **Little v. Soulia**, Docket No. **9:19-CV-263 (TJM/TWD)**

Your Honor:

On January 27, 2022, I was appointed as pro bono counsel for plaintiff Charles Little in the above-referenced action. An exhaustion hearing is presently scheduled for June 16, 2022 at 10 a.m. at the federal courthouse in Albany (ECF No. 89). I write with two requests regarding the exhaustion hearing.

First, since his release from state custody in April, plaintiff has been residing in New York City. To attend the exhaustion hearing, he intends to travel that morning by train from New York City to Albany, and is scheduled to arrive at the station in Albany at 9:50 a.m. There is no earlier train on that date. To provide Mr. Little with adequate time to get from the train station to the courthouse, I respectfully request that the start of the hearing be pushed back to 10:30 a.m. I have notified defendants' attorney of this request and she informed me that she has no objection.

Second, plaintiff intends a call as a witness Mr. Little's former attorney, Matthew Wasserman, who works in New York City. Mr. Wasserman's testimony will be limited and concerns his office's receipt of a copy of plaintiff's inmate grievance in May 2017. Out of convenience to this witness, and in light of his limited testimony, plaintiff respectfully requests that Mr. Wasserman be permitted to testify virtually.

Honorable Thomas J. McAvoy                                          Page 2
United States District Judge
June 8, 2022

     Accordingly, for these reasons, plaintiff respectfully requests that (1) the start of the exhaustion hearing be changed to 10:30 a.m. and (2) a non-party witness, Matthew Wasserman, be permitted to testify virtually.

                                                     Respectfully,

                                                     s/Steven L. Banks

                                                     Steven L. Banks (NDNY Bar No. 509512)

cc: Counsel of Record (by ECF)